paid, and to permit the defendant-appellant to interpose an answer.

*Abraham L. Lazarus* and *Louis J. Elias* for appellant. *Edward D. Bryde* and *Charles W. Dayton* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY RUCK, as Executrix of GEORGE RUCK, Deceased, Respondent, *v.* LINDLEY M. GARRISON, as Receiver of the CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Defendant, and THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.

*Negligence — railroads — passenger thrown from platform of street railway car to street.*

*Ruck* v. *Garrison,* 222 App. Div. 694, affirmed.

(Argued March 29, 1928; decided April 13, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's testator alleged to have been occasioned through the negligence of defendants. The complaint alleged that testator boarded one of defendant's cars at Fourth avenue and Ninth street in the borough of Brooklyn and that the defendant, its agents or employees, " so negligently conducted themselves in the charge, care, management and control of said car as to cause the plaintiff's testator to be violently precipitated from the car to the street " and to cause him to receive injuries from which he died.

*Harold L. Warner* and *George D. Yeomans* for appellant. *E. V. Conwell* and *Joseph A. McLaughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.